26 So.2d 918

**ALABAMA DRY DOCK & SHIPBUILDING CO. v. Henry Ford ALDRIDGE.**

1 Div. 265.

Supreme Court of Alabama.

May 30, 1946.

Armbrecht, Inge, Twitty & Jackson, of Mobile, for appellant.

J. Terry Reynolds, Jr., of Mobile, for appellee.

PER CURIAM.

Petition dismissed, motion of appellant.

27 So.2d 881

**Ex parte Willie Mae DAVIS.**

5 Div. 425.

Supreme Court of Alabama.

Oct. 16, 1946.

Lawrence F. Gerald and Gerald & Gerald, all of Clanton, for petitioner.

PER CURIAM.

Rule nisi denied; petition dismissed.

26 So.2d 918

**Annie Love Dowdell DENSON and W. A. Denson v. FIRST NATIONAL BANK OF BIRMINGHAM, as Trustee for Sallie Blach and Flora Blach.**

6 Div. 425.

Supreme Court of Alabama.

June 20, 1946.

Rehearing Denied Aug. 2, 1946.

Denson & Denson, of Birmingham, for appellants.

Murphy, Hanna & Woodall, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellee. All the Justices concur.